**Order entered January 5, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00560-CR

### JOSE DAVID GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F16-23201-H**

### ORDER

Before the Court is appellant's January 4, 2021 motion for an extension of time to file his amended or supplemental brief. We **GRANT** the motion and **ORDER** appellant's amended or supplemental brief due by January 15, 2021.

The State's brief will be due thirty days after appellant files his amended or supplemental brief.

/s/    BILL PEDERSEN, III
       JUSTICE